**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**CHARLES E. RASH, et al.,**

    Plaintiffs,

v.                                                                    Civil Action No. 3:06-CV-5
                                                                   (BAILEY)

**CHARLES TOWN RACES, et al.,**

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION TO HAVE THE COURT SCHEDULE A PRETRIAL CONFERENCE

The above-styled matter is now before the Court pursuant to plaintiff Charles Rash's Motion to Have the Court Schedule a Pretrial Conference [Doc. 96]. This civil action's *closed* docket indicates that the Fourth Circuit Court of Appeals dismissed this appeal for failure to prosecute pursuant to Local Rule 45. Accordingly, the plaintiff's motion **[Doc. 96]** is hereby **DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this order to the *pro se* plaintiff and to all counsel of record herein.

**DATED:** January 16, 2008.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE